Jack Schweigert, Esq.
550 Halekauwila Street, Room 309
Honolulu, Hawaii 96813
Phone: (808) 533-7491
Fax: (808) 533-7490
Attorney for Defendant Barbara Cornelius (02)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 21 2006

at 3 o'clock and 22 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 05-00325 HG |
| Plaintiff, | NOTICE OF MOTION; DEFENDANT BARBARA CORNELIUS' MOTION TO AMEND TERMS AND CONDITIONS OF BAIL; DECLARATION OF JACK SCHWEIGERT; CERTIFICATE OF SERVICE |
| vs. | |
| BARBARA CORNELIUS (02) aka, "Barbara Davis," and "Aunty" | |
| Defendant. | |
| | Trial: July 18, 2006 |
| | Hearing: Date: _____ Time: _____ Judge: _____ |

NOTICE OF MOTION

TO:   Chris A. Thomas, Esq.
       Assistant United States Attorney
       300 Ala Moana Blvd., Suite 6100
       Honolulu, HI 96850
              Attorney for U.S.A.

       Carolyn Hall
       Senior Pretrial Services Officer
       PJKK Federal Building, Room 7-222
       350 Ala Moana Blvd.
       Honolulu, HI 96850

Please take notice the attached motion will be heard before

_____, in his/her courtroom in the United States Courthouse, 300 Ala Moana Blvd., Honolulu, Hawaii, on _____, or as soon thereafter as counsel may be heard.

DATED: Honolulu, Hawaii; April 20, 2006.

*/s/ Jack Schweigert*
Jack Schweigert, Esq.
Attorney for Defendant Barbara Cornelius

2