IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 05-00325 HG |
| | ) |
| Plaintiff, | ) DEFENDANT BARBARA |
| | ) CORNELIUS' MOTION TO |
| vs. | ) AMEND TERMS AND |
| | ) CONDITIONS OF BAIL |
| BARBARA CORNELIUS (02) | ) |
| aka, "Barbara Davis," and "Aunty" | ) |
| | ) |
| Defendant. | ) |
| | ) |

### DEFENDANT BARBARA CORNELIUS' MOTION TO AMEND TERMS AND CONDITIONS OF BAIL

COMES NOW Defendant Barbara Cornelius, by and through counsel Jack Schweigert, Esq., and moves this Honorable Court to amend the terms and conditions of her bail so as to allow her to reside at her home on the Big Island at 95-5946 Mamaloa Highway, Naalehu, Hawaii.

This motion is made pursuant to the Bail Reform Act, 18 U.S.C. §§ 3141-3150 and is supported by the attached Declaration of Counsel and the record and file herein.

DATED: Honolulu, Hawaii; April 20, 2006.

Jack Schweigert, Esq.
Attorney for Defendant Barbara Cornelius

1