IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 05-00325 HG |
| Plaintiff, | |
| | DECLARATION OF COUNSEL |
| vs. | |
| BARBARA CORNELIUS (02) aka, "Barbara Davis," and "Aunty" | |
| Defendant. | |

## DECLARATION OF COUNSEL

I, Jack Schweigert, Esq., hereby declare as follows:

1. I am CJA counsel for Defendant Barbara Cornelius and was so appointed on August 5, 2005.

2. Ms. Cornelius is presently on a $25,000 unsecured appearance bond that requires her to remain at Mahoney Hale situated at 909 Kaamahu Street, Honolulu, HI 96817.

3. Because the trial has now been continued until July 18, 2006, my client requests that she be allowed to return to her home on the Big Island situated at 95-5946 Mamaloa Highway in Naalehu, Hawaii where she would stay with her son Trice Davis and his fiance Nohea Kaawa until trial.

4. The needs of my client to get back to the Big Island are two-fold. She needs to have dental work completed from her dentist, Dr. Kevin Stuef, PH. 1-808-929-7318, whose office is located in Naalehu, Hawaii. She also hopes to work with her granddaughter, who is presently a runaway, to resolve the issues that have caused her to run away from her foster parents.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Honolulu, Hawaii, this 20th day of April 2006.

_____
Declarant