IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 05-00325 HG |
|---|---|
| Plaintiff, | ) |
| vs. | ) CERTIFICATE OF SERVICE |
| BARBARA CORNELIUS (02) aka, "Barbara Davis," and "Aunty" | ) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

The below-signed hereby certifies that one copy of the attached document was served on April 20, 2006 by U.S. Mail, First Class postage pre-paid addressed as follows:

Chris A. Thomas, Esq.
Assistant United States Attorney
300 Ala Moana Blvd., Suite 6100
Honolulu, HI 96850
    Attorney for U.S.A.

Carolyn Hall
Senior Pretrial Services Officer
Room 7-222
PJKK Federal Building
350 Ala Moana Blvd.
Honolulu, HI 96850

_____
Person certifying service