# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/28/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR NO. 05-00325HG

CASE NAME:       USA vs. (02) BARBARA CORNELIUS

ATTYS FOR PLA:   Chris A. Thomas

ATTYS FOR DEFT:  (02) Jack F. Schweigert

INTERPRETER:

| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
|---|---|---|---|
| DATE: | 4/28/2006 | TIME: | 3:06-3:12 |

COURT ACTION:  EP: Defendant (02) Barbara Cornelius' Motion to Amend Terms and Conditions of Bail - Defendant present, not in custody.

Govt objects.  Arguments heard.

Motion Denied and terminated without prejudice to another plan being devised.

Defendant's current conditions of release to continue.

Submitted by: Warren N. Nakamura, Courtroom Manager