Jack Schweigert, Esq.
550 Halekauwila Street, Room 309
Honolulu, Hawaii 96813
Phone: (808) 533-7491
Fax: (808) 533-7490

Attorney for Defendant Barbara Cornelius (02)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00325 HG |
| | ) | |
| Plaintiff, | ) | STIPULATION AMENDING |
| vs. | ) | BAIL CONDITIONS |
| | ) | |
| BARBARA CORNELIUS (02) | ) | |
| aka, "Barbara Davis," and "Aunty" | ) | Trial: July 18, 2006 |
| | ) | |
| Defendant. | ) | |

STIPULATION AMENDING BAIL CONDITIONS

IT IS HEREBY AGREED TO BY AND BETWEEN THE PARTIES through their respective counsel, and based upon Defendant's pretrial release plan which has been found acceptable to Pretrial Services, that the Bail Conditions of Barbara Cornelius be amended to read as follows:

DELETE: ¶¶ 7h3 & 7q.

ADD: ¶ 7h3  Defendant is allowed to travel to the Big Island and reside with her son Trice Davis and his fiance Nohea Kaawa at 95-5946 Mamaloa Highway until trial of this case which Defendant is required to attend.

DATED: Honolulu, Hawaii; JUN - 5 2006, 2006.

_____  _____
Jack Schweigert, Esq.              Chris Thomas
Attorney for Defendant             Assistant U.S. Attorney
Barbara Cornelius                  Attorney for U.S.A.

APPROVED BY:

_____
Carolyn L.K. Hall
Senior U.S. Pretrial Services Officer

APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED COURT

U.S.A. v. Barbara Cornelius (2), CR. NO. 05-00325 HG 2; Stipulation Amending Bail Conditions

2