# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

June 20, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR. 05-00325HG |
| CASE NAME: | U.S.A. vs. (01) GARY MATSUO, et al. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | |
| DATE: | June 20, 2006 | TIME: | |

COURT ACTION:            **MINUTE ORDER**

    The parties have agreed to a new trial date of September 26, 2006 @ 9:00 a.m. Mr. Chris A. Thomas shall prepare the stipulation for continuance of trial, etc., and include the following dates:

| | |
|---|---|
| JURY SELECTION/TRIAL | SEPTEMBER 26, 2006 @ 9:00 A.M. |
| FPC - JUDGE GILLMOR | SEPTEMBER 15, 2006 @ 8:30 A.M. |
| FPC - M.J. KOBAYASHI | AUGUST 28, 2006 @ 10:00 A.M. |
| MOTIONS DEADLINE | AUGUST 15, 2006 |
| RESPONSE DEADLINE | AUGUST 29, 2006 |

Submitted by: David H. Hisashima, Courtroom Manager