# MINUTES

FILED IN THE  
UNITED STATES DISTRICT COURT  
DISTRICT OF HAWAII

September 15, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR. 05-00325HG |
| CASE NAME: | U.S.A. vs. (01) GARY MATSUO, (02) BARBARA CORNELIUS and (03) MARK ISHII |
| ATTYS FOR PLA: | Chris A. Thomas |
| ATTYS FOR DEFT: | Glenn D. Choy (01) <br> Jack F. Schweigert (02) <br> Stuart N. Fujioka (05) |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | September 15, 2006 | TIME: | 8:45 - 9:00 |

COURT ACTION:  FINAL PRETRIAL CONFERENCE -

Defendants (01) Gary Matsuo, (02) Barbara Cornelius, and (03) Mark Ishii are not present.  Their presence are waived by counsel.

The trial will proceed as scheduled on September 26, 2006 at 9:30 a.m.

Jury instructions shall be filed by September 21, 2006.

Estimated trial time: Government 5 days, Defendants 4 days

Submitted by: Mary Rose Feria, Courtroom Manager