Jack Schweigert, Esq.
550 Halekauwila Street, Room 309
Honolulu, Hawaii 96813
Phone: (808) 533-7491
    Attorney for Defendant Barbara Cornelius (02)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 05-00325 HG |
| ) | |
| Plaintiff, ) | STIPULATION AMENDING |
| vs. ) | BAIL CONDITIONS |
| ) | |
| BARBARA CORNELIUS (02) ) | Sentencing date: Jan. 18, 2007 |
| aka, "Barbara Davis," and "Aunty" ) | |
| ) | |
| Defendant. ) | |

### STIPULATION AMENDING BAIL CONDITIONS

IT IS HEREBY AGREED TO BY AND BETWEEN THE PARTIES through their respective counsel, that Bail Condition ¶ 7h3 be amended to read:

Defendant is restricted to the island of Oahu unless otherwise directed by Pretrial Services and shall reside at 1545 Kalakaua Avenue, Apartment 408, Honolulu, HI.

DATED: Honolulu, Hawaii; September 22nd, 2006.

_____
Jack Schweigert, Esq.
Attorney for Defendant

_____
Chris Thomas
Attorney for U.S.A.

APPROVED BY:

_____
Alison Thom
U.S. Pretrial Services Officer

APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED COURT