PS8 HIPS-SUP-L-PETITN-01 (12.05)

ORIGINAL

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF HAWAII



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 24 2006

at /2 o'clock and 30 min. A M
SUE BEITIA, CLERK

U.S.A. vs. BARBARA CORNELIUS
a.k.a. "Barbara Davis" and "Aunty"

CRIMINAL NO. 05-00325HG-02

Petition for Action on Conditions of Pretrial Release

COMES NOW DAVID K. KAHUNAHANA, U.S. Pretrial Services Officer, presenting an official report upon the conduct of defendant BARBARA CORNELIUS, who was placed under pretrial release supervision by the Honorable Kevin S.C. Chang sitting in the Court at Honolulu, Hawaii. The defendant has been under pretrial services supervision since October 4, 2005. The current conditions of pretrial release are as follows:

REFER TO PRETRIAL SERVICES REPORT(S)

Respectfully presenting petition for action of Court and for cause as follows:

The defendant has violated the conditions of pretrial release by:

1. Admitting to using methamphetamine on or around November 10, 2006, in violation of Special Condition No. 7.

2. Failing to report for urinalysis testing on November 19, 2006, in violation of Special Condition No. 8.

PRAYING THAT THE COURT WILL ORDER a Summons be issued and the defendant be brought forth to show cause as to why pretrial release should not be revoked.

| | |
|---|---|
| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
| Considered and ordered this 20th day of November, 2006 and ordered filed and made a part of the records in the above case.<br><br>HELEN GILLMOR<br>Chief U.S. District Judge | Executed on: November 20, 2006<br><br>DAVID K. KAHUNAHANA<br>U.S. Pretrial Services Officer<br><br>Place: Honolulu, Hawaii |