ORIGINAL

AO 83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## District of Hawaii

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | Case Number: CR 05-00325HG-02 |
| BARBARA CORNELIUS<br>a.k.a. "Barbara Davis" and "Aunty"<br>(Name and Address of Defendant) | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
NOV 29 2006
at 2 o'clock and 45 min. P
SUE BEITIA, CLERK

| Place<br>United States District Court<br>300 Ala Moana Blvd<br>Honolulu, HI 96850<br>Ph. (808) 541-1300 (Honolulu Number) | Room<br>Courtroom 'AHA NONOI |
|---|---|
| Before: Helen Gillmor, Chief United States District Judge | Date and Time<br>DECEMBER 14, 2006   AT 2:00 P.M. |

To Answer a(n) Order of Court

Charging you with a violation of Title  United States Code, Section(s) .

Brief description of offense:
VIOLATIONS OF THE CONDITIONS OF PRETRIAL RELEASE

RECEIVED 2006 NOV 27 AM 10:30 U.S. MARSHALS SERVICE HONOLULU, HI

Sue Beitia
Name and Title of Issuing Officer

*[signature]*
Signature of Issuing Officer/Deputy Clerk

NOVEMBER 24, 2006
Date

AO 83 (Rev. 12/85) Summons in a Criminal Case    CR 05-00325HG-02

## RETURN OF SERVICE

Service as made by me on:[1]    Date

Check one box below to indicate appropriate method of service

☐    Served personally upon the defendant at: _____

☐    Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address
Name of person with whom the summons was left: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service is true and correct.

Returned on _____         _____Mark M. Hanohano_____
             Date                Name of United States Marshal

                                 _____
                                 (by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Barbara Cornelius
   230 Niu Place #105
   Honolulu, HI 96818

2. Article Number
   *(Transfer from service label)*

   7005 1820 0002 1810 8113

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature] ☐ Agent ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
   Venishia Dent                    11/28/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

7005 1820 0002 1810 8113

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To
B. Cornelius 11/27/06 05-00325-02
Street, Apt No.; or PO Box No.

UNITED STATES POSTAL SERVICE U HI 968
28 NOV 2006 PM 1

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

RECEIVED
2006 NOV 29 AM 11:25
U.S. MARSHALS SERVICE
HONOLULU, HI.

U.S. MARSHALS SERVICE
P.O. Box 50184
Honolulu, HI 96850
Attn: Sheun

**Certified Mail Provides:**
- A mailing receipt
- A unique identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years

*Important Reminders:*
- Certified Mail may ONLY be combined with First-Class Mail® or Priority Mail®.
- Certified Mail is *not* available for any class of international mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.
- For an additional fee, a *Return Receipt* may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS® postmark on your Certified Mail receipt is required.
- For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement *"Restricted Delivery"*.
- If a postmark on the Certified Mail receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

**IMPORTANT:** Save this receipt and present it when making an inquiry.
Internet access to delivery information is not available on mail…

PS Form 3800, June 2002 (Reverse)