PS8  HIPS-SUP-L-PETITN-01 (12.05)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 11 2006

at __9__ o'clock and __6__ min. __ M
SUE BEITIA, CLERK

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF HAWAII

U.S.A. vs. BARBARA CORNELIUS
a.k.a. "Barbara Davis" and "Aunty"

CRIMINAL NO. 05-00325HG-02 (OLD)
CRIMINAL NO. 06-00494HG-01 (NEW)

Amended Petition for Action on Conditions of Pretrial Release

COMES NOW DAVID K. KAHUNAHANA, U.S. Pretrial Services Officer, presenting an official report upon the conduct of defendant BARBARA CORNELIUS, who was placed under pretrial release supervision by the Honorable Kevin S.C. Chang sitting in the Court at Honolulu, Hawaii. The defendant has been under pretrial services supervision since October 4, 2005. The current conditions of pretrial release are as follows:

REFER TO PRETRIAL SERVICES REPORT(S)

Respectfully presenting petition for action of Court and for cause as follows:

The defendant has violated the conditions of pretrial release by:

1. Admitting to using methamphetamine on or around November 10, 2006, in violation of Special Condition No. 7.

2. Failing to report for urinalysis testing on November 19, 2006, in violation of Special Condition No. 8.

3. Leaving the island of Oahu without permission on November 17, 2006, in violation of Special Condition No. 11.

PRAYING THAT THE COURT WILL ORDER the violation be addressed at the Order to Show Cause Hearing set on December 14, 2006.

ORDER OF COURT

Considered and ordered this 6th day of December, 2006 and ordered filed and made a part of the records in the above case.

_____
HELEN GILLMOR
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 6, 2006

_____
DAVID K. KAHUNAHANA
U.S. Pretrial Services Officer

Place: Honolulu, Hawaii