# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

December 14, 2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:        CR. 06-00494HG

                    CR. 05-00325HG

CASE NAME:          U.S.A. vs. (02) BARBARA CORNELIUS

ATTYS FOR PLA:      Chris A. Thomas

ATTYS FOR DEFT:     Jack F. Schweigert

U.S.P.T.S.:         David K. Kahunahana

---

JUDGE:    Helen Gillmor          REPORTER:    Stephen Platt

DATE:     December 14, 2006      TIME:        2:10 - 2:35

---

COURT ACTION:   ORDER TO SHOW CAUSE WHY PRETRIAL RELEASE
                SHOULD NOT BE REVOKED -

Defendant is present on bond.

The defendant admitted that she violated conditions of pretrial release Violation Nos. 1 & 2

U.S.P.O. David Kahunahana CST.

The Court finds that the defendant violated condition of pretrial release Violation No. 3.

The bail is revoked.  The defendant is remanded to the custody of the U.S. Marshal.

Submitted by: David H. Hisashima, Courtroom Manager