# ORIGINAL

Jack Schweigert, Esq.
550 Halekauwila Street, Room 309
Honolulu, Hawaii 96813
Phone: (808) 533-7491
Fax: (808) 533-7490

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 4 2007

at 2 o'clock and 00 min P M
SUE BEITIA, CLERK

Attorney for Defendant Barbara Cornelius (02)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 05-00325 HG |
| | ) |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| | ) |
| BARBARA CORNELIUS (02) | ) |
| aka, "Barbara Davis," and "Aunty" | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

The below-signed certifies that one lodged copy of DEFENDANT'S *EX PARTE* MOTION FOR AUTHORIZATION TO HIRE JERRY M. BRENNAN, PH.D. TO: EXAMINE THE DEFENDANT; WRITE A REPORT; AND, TESTIFY AT SENTENCING; ORDER was served on the following individual on January 4, 2007 via fax transmittal sent to phone number: 541-2958:

Chris A. Thomas, Esq.
Assistant United States Attorney
Attorney for U.S.A.

DATED: Honolulu, Hawaii; January 4, 2007.

_____
Jack Schweigert, Esq.
Attorney for Defendant Barbara Cornelius