**ORIGINAL**

**LODGED**

JAN 3 2007
1:13 pm
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

Jack Schweigert, Esq.
550 Halekauwila Street, Room 309
Honolulu, Hawaii 96813
Phone: (808) 533-7491
Fax: (808) 533-7490

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 05 2007

at __2__ o'clock and ____ min. __ M
SUE BEITIA, CLERK

Attorney for Defendant Barbara Cornelius (02)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>        Plaintiff,            )<br>    vs.                       )<br>                              )<br>                              )<br>BARBARA CORNELIUS (02)        )<br>  aka, "Barbara Davis," and "Aunty"  )<br>                              )<br>        Defendant.             )<br>                              )<br>                              )<br>                              )<br>                              )<br>                              )<br>                              )<br>                              )<br>_____) | CR. NO. 05-00325 HG<br><br>DEFENDANT'S *EX PARTE*<br>MOTION FOR AUTHORIZATION<br>TO HIRE JERRY M. BRENNAN,<br>PH.D. TO: EXAMINE THE<br>DEFENDANT; WRITE A REPORT;<br>AND, TESTIFY AT SENTENCING;<br>ORDER<br><br><br>SENTENCING:<br>Day: January 18, 2007<br>Time: 2:00 p.m.<br>Judge: Helen Gillmor |

<u>DEFENDANT'S *EX PARTE* MOTION FOR AUTHORIZATION TO
HIRE JERRY M. BRENNAN, PH.D. TO: EXAMINE THE DEFENDANT;
WRITE A REPORT; AND, TESTIFY AT SENTENCING</u>

COMES NOW Defendant Barbara Cornelius (hereinafter Ms. Cornelius), by

and through counsel and moves this Honorable Court, *ex parte*, to authorize

defense counsel to hire Jerry M. Brennan, Ph.D., psychiatrist, to examine Ms.

Cornelius, write a report as to her significant mental impairments, and, testify at sentencing. By this motion, it is requested the Court allow Dr. Brennan to be paid $150 per hour for professional services up to a total of $1,500.00, which will be paid upon completion of his services after Dr. Brennan's submits the CJA Authorization Form 21.

This motion is made pursuant to 18 U.S.C. § 3006A(e)(3) and is supported by the attached declaration of counsel and the record and file.

DATED: Honolulu, Hawaii; January 3, 2007.

_____
Jack Schweigert, Esq.
Court-Appointed Attorney
for Defendant Barbara Cornelius

2