IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00325 HG |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | DECLARATION OF JACK |
| | ) | SCHWEIGERT, ESQ. |
| BARBARA CORNELIUS  (02) | ) | |
| aka, "Barbara Davis," and "Aunty" | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

## DECLARATION OF JACK SCHWEIGERT, ESQ.

I, Jack Schweigert, Esq., declare as follows:

1. I am court-appointed attorney for Defendant Barbara Cornelius in this case.

2. I believe Ms. Cornelius suffers psychological problems that warrant a downward departure pursuant to U.S.S.G. § 5K2.13 (dealing with diminished capacity), and 18 U.S.C,. § 3553(a)(2)(D)(dealing with the Court's ability to impose a sentence that includes psychological treatment).

3. During the history of this case, Dr. Brennan has treated Ms. Cornelius. and prepared a letter to the Court, wherein he diagnosed Ms. Cornelius suffering mental impairments, including Bi-Polar Depressive and also PTSD from numerous

childhood abuses including both physical and sexual that were exacerbated by subsequent resultant abuses for which she has serious mental problems.

4.  I have talked to Dr. Brennan who agrees, subject to court approval, to examine Ms. Cornelius who is now at the Federal Detention Center, write and file a supplemental report, and testify at sentencing.   Dr. Brennan has testified as an expert in many court cases.

6.  Dr. Brennan has agreed to limit his fee to $150 per hour and estimates that 10 hours are all that may be needed to provide this service warranting a total payment of up to $1,500.00.

7.  I believe Dr. Brennan's testimony is necessary to present my client's entitlement to a downward departure based on diminished capacity allowed under U.S.S.G. § 5K2.13.

I declare under penalty of perjury the foregoing is true and correct.

Executed in Honolulu, Hawaii, this 3rd day of January 2007.

Jack Schweigert, Esq.
Court-Appointed Attorney for
Barbara Cornelius