# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

January 8, 2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:    CR 05-00325HG-002

CASE NAME:      UNITED STATES OF AMERICA v. (02) BARBARA CORNELIUS

JUDGE:   Helen Gillmor          REPORTER:

DATE:    January 8, 2007        TIME:

## MINUTE ORDER

The Government reported no objection to Defendant Barbara Cornelius' Ex Parte Motion for Authorization to Hire Jerry M. Brennan, Ph.D. to Examine the Defendant; Write Report; and Testify at Sentencing.

Court to submit order.

Submitted by: Mary Rose C. Feria, Courtroom Manager

cc:    Chris A. Thomas, Esq.
       Jack F. Schweigert, Esq.
       Chamber of Chief Judge Gillmor