FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 8 2007

at __1__ o'clock and __10__ min. __P__ M
SUE BEITIA, CLERK

The Law Office of
# JACK SCHWEIGERT
A Professional Law Corporation

550 Halekauwila Street, Room 309
Honolulu, Hawaii 96813
e-mail: conlawjack@cs.com

Phone: (808) 533-7491
Fax: (808) 533-7490
www.JackSchweigert.com

January 4, 2007

Chris A. Thomas, Esq.
Assistant United States Attorney
300 Ala Moana Blvd., Suite 6100
Honolulu, HI 96850

VIA FAX: 541-2958

RECEIVED
CLERK U.S. DISTRICT COURT
JAN 0 4 2007
DISTRICT OF HAWAII

RE: Barbara Cornelius

Dear Chris:

    I have been instructed by the Court to fax you a copy of the *ex parte* motion for authorization to hire Dr. Jerry Brennan. A copy is enclosed for your file and comment if you feel the need. As a an aside, if you don't like Dr. Brennan, but you have other names that you trust in, let me know the names of these doctors and perhaps we can stipulate. This is a procedure that seemed satisfactory to all counsel in another criminal case I had with the U.S. Attorney's office.

Aloha,

Jack Schweigert, Esq.

Enclosure

cc: The Honorable Helen Gillmor