LODGED

JAN 3 2007

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

Jack Schweigert, Esq.
550 Halekauwila Street, Room 309
Honolulu, Hawaii 96813
Phone: (808) 533-7491
Fax: (808) 533-7490

Attorney for Defendant Barbara Cornelius (02)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 05-00325 HG |
| Plaintiff, | DEFENDANT'S *EX PARTE* MOTION FOR AUTHORIZATION TO HIRE JERRY M. BRENNAN, PH.D. TO: EXAMINE THE DEFENDANT; WRITE A REPORT; AND, TESTIFY AT SENTENCING; ORDER |
| vs. | |
| BARBARA CORNELIUS (02) aka, "Barbara Davis," and "Aunty" | |
| Defendant. | |
| | SENTENCING: Day: January 18, 2007 Time: 2:00 p.m. Judge: Helen Gillmor |

DEFENDANT'S *EX PARTE* MOTION FOR AUTHORIZATION TO HIRE JERRY M. BRENNAN, PH.D. TO: EXAMINE THE DEFENDANT; WRITE A REPORT; AND, TESTIFY AT SENTENCING

COMES NOW Defendant Barbara Cornelius (hereinafter Ms. Cornelius), by and through counsel and moves this Honorable Court, *ex parte*, to authorize defense counsel to hire Jerry M. Brennan, Ph.D., psychiatrist, to examine Ms.

Cornelius, write a report as to her significant mental impairments, and, testify at sentencing. By this motion, it is requested the Court allow Dr. Brennan to be paid $150 per hour for professional services up to a total of $1,500.00, which will be paid upon completion of his services after Dr. Brennan's submits the CJA Authorization Form 21.

This motion is made pursuant to 18 U.S.C. § 3006A(e)(3) and is supported by the attached declaration of counsel and the record and file.

DATED: Honolulu, Hawaii; January 3, 2007.

_____
Jack Schweigert, Esq.
Court-Appointed Attorney
for Defendant Barbara Cornelius

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br>vs.<br><br>BARBARA CORNELIUS (02)<br>aka, "Barbara Davis," and "Aunty"<br><br>  Defendant. | CR. NO. 05-00325 HG<br><br>DECLARATION OF JACK<br>SCHWEIGERT, ESQ. |

## DECLARATION OF JACK SCHWEIGERT, ESQ.

I, Jack Schweigert, Esq., declare as follows:

1. I am court-appointed attorney for Defendant Barbara Cornelius in this case.

2. I believe Ms. Cornelius suffers psychological problems that warrant a downward departure pursuant to U.S.S.G. § 5K2.13 (dealing with diminished capacity), and 18 U.S.C,. § 3553(a)(2)(D)(dealing with the Court's ability to impose a sentence that includes psychological treatment).

3. During the history of this case, Dr. Brennan has treated Ms. Cornelius. and prepared a letter to the Court, wherein he diagnosed Ms. Cornelius suffering mental impairments, including Bi-Polar Depressive and also PTSD from numerous

childhood abuses including both physical and sexual that were exacerbated by subsequent resultant abuses for which she has serious mental problems.

4. I have talked to Dr. Brennan who agrees, subject to court approval, to examine Ms. Cornelius who is now at the Federal Detention Center, write and file a supplemental report, and testify at sentencing. Dr. Brennan has testified as an expert in many court cases.

6. Dr. Brennan has agreed to limit his fee to $150 per hour and estimates that 10 hours are all that may be needed to provide this service warranting a total payment of up to $1,500.00.

7. I believe Dr. Brennan's testimony is necessary to present my client's entitlement to a downward departure based on diminished capacity allowed under U.S.S.G. § 5K2.13.

I declare under penalty of perjury the foregoing is true and correct.

Executed in Honolulu, Hawaii, this 3rd day of January 2007.

_____
Jack Schweigert, Esq.
Court-Appointed Attorney for
Barbara Cornelius

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 05-00325 HG |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| BARBARA CORNELIUS (02) ) | |
| aka, "Barbara Davis," and "Aunty" ) | |
| ) | |
| Defendant. ) | |

## ORDER

Defendants motion for authorization to hire Jerry M. Brennan, Ph.D. to examine the Defendant, supplement his earlier letter dated April 26, 2006 submitted to the Court on December 8, 2006, and testify at sentencing, was presented to this Court by way of *ex parte* motion. Having considered the motion, the Court finds the requisite good cause to exist for granting the motion. NOW THEREFORE,

IT IS HEREBY ORDERED that Defendant's *Ex Parte* Motion to Hire Jerry M. Brennan, Ph.D. to: Examine the Defendant, Write a Report, and, Testify at Sentencing is GRANTED. Defense counsel is authorized to retain Dr. Brennan for the sentencing of this matter and pay him $150.00 per hour up to $1,500.00 total which will be paid after Dr. Brennan completes the service and submits the requisite CJA 21 Authorization Form.

DATED: Honolulu, Hawaii; _____.

_____
Judge of the above-entitled Court