# ORIGINAL

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 05-00325 HG |
| | ) |
| Plaintiff, | ) |
| | ) ORDER |
| vs. | ) |
| | ) |
| BARBARA CORNELIUS (02) | ) |
| aka, "Barbara Davis," and "Aunty" | ) |
| | ) |
| Defendant. | ) |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 8 2007

at ___1___ o'clock and __15__ min. P̲M
SUE BEITIA, CLERK

## ORDER

Defendants motion for authorization to hire Jerry M. Brennan, Ph.D. to examine the Defendant, supplement his earlier letter dated April 26, 2006 submitted to the Court on December 8, 2006, and testify at sentencing, was presented to this Court by way of ~~ex parte~~ motion. Having considered the motion, the Court finds the requisite good cause to exist for granting the motion. NOW THEREFORE,

IT IS HEREBY ORDERED that Defendant's ~~Ex Parte~~ Motion to Hire Jerry M. Brennan, Ph.D. to: Examine the Defendant, Write a Report, and, Testify at Sentencing is GRANTED. Defense counsel is authorized to retain Dr. Brennan for the sentencing of this matter and pay him $150.00 per hour up to $1,500.00 total which will be paid after Dr. Brennan completes the service and submits the requisite CJA 21 Authorization Form.

DATED: Honolulu, Hawaii; _____1 · 8 · 0 7_____.

Judge of the above-entitled Court