EDWARD H. KUBO, JR.   #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

LORETTA SHEEHAN      #4160
Assistant U. S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:     Loretta.Sheehan@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 05-00325 HG |
| Plaintiff, | ORDER FOR DISMISSAL |
| vs. | |
| BARBARA CORNELIUS, (02) | |
| Defendant. | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Indictment against Defendant BARBARA CORNELIUS ("Defendant Cornelius") on the grounds that Defendant Cornelius was charged and sentenced in an Information, Cr. No. 06-00494 HG.  Pursuant to a plea agreement, the Government agreed to dismiss the charges

as to Defendant Cornelius in the Indictment for Cr. No. 05-00325 HG after sentencing.

      Defendant Cornelius was sentenced on January 25, 2007.

      DATED:  Honolulu, Hawaii, <u>    January 29, 2007    </u>.

                          EDWARD H. KUBO, JR.
                          UNITED STATES ATTORNEY
                          District of Hawaii


                          By <u>/s/ Loretta Sheehan</u>
                             LORETTA SHEEHAN
                             Assistant U.S. Attorney


Leave of court is granted for the filing of the foregoing dismissal.



                          /s/ Barry M. Kurren
                          United States Magistrate Judge
                          Dated: January 30, 2007



<u>United States v. Barbara Cornelius</u>
Cr. No. 05-00325-02 HG
"Order for Dismissal"