EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

LORETTA SHEEHAN      #4160
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:     Loretta.Sheehan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 05-00325 HG |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| vs. ) | |
| BARBARA CORNELIUS (02) ) | |
| Defendant. ) | |

CERTIFICATE OF SERVICE

    I hereby certify that the Order for Dismissal was signed and filed on January 30, 2007.

    Served by First Class Mail on January 31, 2007:

    JACK F. SCHWEIGERT, ESQ.
    550 Halekauwila Street, Room 309
    Honolulu, Hawaii 96813

    Attorney for Defendant
    BARBARA CORNELIUS

DATED: Honolulu, Hawaii, _____January 31, 2007_____.


                                    /s/ Janice Tsumoto

U.S. v. Barbara Cornelius
Cr. No. 05-00325 HG
Certificate of Service