EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

LORETTA SHEEHAN      #4160
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:     Loretta.Sheehan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00325 HG |
|---|---|---|
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| BARBARA CORNELIUS   (02) | ) | |
| Defendant. | ) | |

CERTIFICATE OF SERVICE

I hereby certify that the Order for Dismissal was signed by Judge Gillmor and filed on February 2, 2007.

Served by First Class Mail on February 7, 2007:

JACK F. SCHWEIGERT, ESQ.
550 Halekauwila Street, Room 309
Honolulu, Hawaii 96813

Attorney for Defendant
BARBARA CORNELIUS

DATED: Honolulu, Hawaii, <u>    February 7, 2007    </u>.


/s/ Janice Tsumoto

<u>U.S. v. Barbara Cornelius</u>
Cr. No. 05-00325 HG
Certificate of Service