ORIGINAL

LODGED

Jack Schweigert, Esq.
550 Halekauwila Street, Room 309
Honolulu, Hawaii 96813
Phone: (808) 533-7491
Fax: (808) 533-7490

FEB 1 5 2007

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 1 6 2007

at 12 o'clock and 30 min P M
SUE BEITIA, CLERK



Attorney for Defendant Barbara Cornelius (02)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00325 HG |
|---|---|---|
| | ) | |
| Plaintiff, | ) | DEFENDANT'S *EX PARTE* |
| vs. | ) | MOTION FOR AUTHORIZATION |
| | ) | FOR ADDITIONAL PAYMENT |
| | ) | TO JERRY M. BRENNAN, PH.D.; |
| BARBARA CORNELIUS (02) | ) | DECLARATION OF JACK |
| aka, "Barbara Davis," and "Aunty" | ) | SCHWEIGERT, ESQ.; ORDER |
| | ) | |
| Defendant. | ) | SENTENCING DATES: |
| | ) | January 18 & 25, 2007 |
| | ) | The Honorable Helen Gillmor, presiding |
| ———————————————— | ) | |

DEFENDANT'S *EX PARTE* MOTION FOR AUITHORIZATION FOR
ADDITIONAL PAYMENT TO JERRY M. BRENNAN, PH.D.

COMES NOW Defendant Barbara Cornelius (hereinafter Ms. Cornelius), by

and through counsel and moves this Honorable Court, *ex parte,* for authorization for

additional payment to Jerry M. Brennan, Ph.D. in the amount of $300 for an

additional two hours spent on this case.

This motion is supported by the attached declaration of counsel and the record and file.

DATED:  Honolulu, Hawaii; February 14, 2007.

_____
Jack Schweigert, Esq.
Court-Appointed Attorney
for Defendant Barbara Cornelius