IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 05-00325 HG |
| ) | |
| Plaintiff, ) | |
| vs. ) | DECLARATION OF JACK |
| ) | SCHWEIGERT, ESQ. |
| BARBARA CORNELIUS (02) ) | |
| aka, "Barbara Davis," and "Aunty" ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

## DECLARATION OF JACK SCHWEIGERT, ESQ.

I, Jack Schweigert, Esq., declare as follows:

1. I am court-appointed attorney for Defendant Barbara Cornelius in this case.

2. I was authorized by Court order to hire Dr. Brennan who gave testimony as to my client's psychological impairments for purposes of a downward departure motion.

3. The Court authorized me to procure Dr. Brennan's services and pay him a total of $1,500 for his professional services, which included testimony at sentencing.

4. Due to an evacuation of the District Court at the first sentencing hearing on January 18, 2007, the Court continued the sentencing hearing to January 25,

2007 which required Dr. Brennan to appear a second time, thus incurring further charges for professional services rendered over and above the original amount authorized.

5. Dr. Brennan informs me that he spent an additional two hours warranting payment $300, which he has asked me to request approval for.

I declare under penalty of perjury the foregoing is true and correct.

Executed in Honolulu, Hawaii, this 14th day of February 2007.

_____
Jack Schweigert, Esq.
Court-Appointed Attorney for
Barbara Cornelius