IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 05-00325 HG |
| | ) |
| Plaintiff, | ) |
| | ) ORDER |
| vs. | ) |
| | ) |
| BARBARA CORNELIUS (02) | ) |
| aka, "Barbara Davis," and "Aunty" | ) |
| | ) |
| Defendant. | ) |

## ORDER

Defendants motion for authorization for additional payment to Jerry M. Brennan, Ph.D. in the amount of $300 for an additional two hours spent on this case was presented to this Court *ex parte*. Having considered the motion, the Court finds the requisite good cause to exist for granting the motion. NOW THEREFORE,

IT IS HEREBY ORDERED that Defendant's Ex Parte Motion for Authorization for additional payment to Jerry M. Brennan, Ph.D. be, and the same hereby is, GRANTED, so that Dr. Brennan can be paid a total of $1,800.00 for services rendered to be paid after submission of the requisite CJA 21 Authorization Form.

DATED: Honolulu, Hawaii; 2.16.07

Judge of the above-entitled Court